

# Fourth Court of Appeals
## San Antonio, Texas

February 2, 2021

No. 04-20-00420-CR

**EX PARTE** Gustavo **GARZA**

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR3143
Honorable Andrew Wyatt Carruthers, Judge Presiding

# O R D E R

The State's brief was originally due by January 25, 2021. On February 1, 2021, the State filed a motion requesting a thirty day extension of time to file its brief. After consideration, we **GRANT** the State's motion and **ORDER** the State to file its brief by February 24, 2021.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of February, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court